UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KHUMAR RAMBHAROSE,

                           Plaintiff,

                -against-

PARTS AUTHORITY LLC, et al.,

                        Defendants.

-------------------------------------------------------------------x

                                                  25-CV-10643 (JAV) (VF)

                                                **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On March 6, 2026, Defendants answered Plaintiff's complaint. <u>See</u> ECF Nos. 26, 31. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Monday, March 23, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Monday, March 23, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
            March 9, 2026

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge