# JacksonLewis

DIRECT DIAL: (631) 247-4652
EMAIL: JEFFREY.BRECHER@JACKSONLEWIS.COM

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 30, 2026**

The request for a stay pending mediation is GRANTED. The conference scheduled for May 18, 2026 is ADJOURNED. The parties are directed to provide a status update by **June 30, 2026** and may re-raise any disputes at that time if the case does not settle. The Clerk of Court is respectfully directed to close the motion at ECF No. 49.

**VIA ECF**

Magistrate Judge Hon. Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Khumar Rambharose vs. Parts
Authority, LLC, et al.
Case No. 25-cv-10643

Dear Judge Figueredo:

We are counsel for the Parts Authority Defendants.  We are writing, with consent of all parties (Named Plaintiff, opt-in Plaintiffs, and all co-defendants) to request the Court stay all deadlines and discovery for 60 days so the parties can complete a class mediation.  A temporary stay will conserve both judicial and party resources while mediation is underway.

On April 10, 2026, the Court issued a Scheduling Order identifying the deadlines for completion of discovery.  [Dkt. 47].  All parties have served initial disclosures, the Parts Authority Defendants and Plaintiffs have served written discovery, Parts Authority Defendants have served deposition notices for the Named Plaintiff and all opt-in Plaintiffs, and Plaintiffs have served 30(b)(6) deposition notices for Defendants.  Plaintiff has also filed a motion for conditional certification on April 6, 2026.  [Dkt. 43-45].  Relevant to that motion, the Court ordered the parties to file letter briefs, beginning May 4, 2026, addressing a dispute identified by Defendants—i.e., whether Defendant should be permitted to depose Plaintiff before responding to the motion.  A conference regarding that dispute is scheduled for May 18, 2026. [Dkt. 48].

# JacksonLewis

Magistrate Judge Hon. Valerie Figueredo
United States District Court
Southern District of New York
April 28, 2026

Page 2

The Court also denied a request, made by Plaintiff with Defendants' consent, to vacate an Order referring the case to mediation, and ordered the parties to mediate in good faith with the court-appointed mediator.  A brief stay would further the purpose of the Court's mediation referral and promote a meaningful opportunity for resolution. The parties have discussed a potential resolution of this matter, the class data and documentation that would need to be exchanged prior to a mediation which Defendants shall produce within 30 days of this letter, have identified a private mediator to mediate the case, and are inquiring with the private mediator regarding available mediation dates.

Accordingly, the parties request the Court stay all deadlines for 60 days, including all scheduled depositions and motions (the motion for conditional certification and letter-briefs regarding Plaintiff's deposition prior to the motion) until the parties complete mediation, after which time the parties will advise the Court whether the case has been resolved. If not, the parties will resume discovery, with all dates in the Scheduling Order extended 60 days.  In the event there is no resolution through the mediation, Defendants' brief regarding the timing of Plaintiff's deposition as set forth in Dkt. 48 shall be filed within two weeks of the mediation date and Plaintiff's response shall be filed one week thereafter.

The parties believe that an early class mediation presents the most efficient means to secure the "just, speedy, and inexpensive determination" of this case, in lieu of potentially protracted discovery and collective and class certification motions.  *See* Fed. R. Civ. P. 1.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

*/s/ Jeffrey Brecher*

JEFFREY W. BRECHER

4933-1604-4710, v. 1