JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL: JEFFREY.BRECHER@JACKSONLEWIS.COM

September 9, 2026

**VIA ECF**
Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re: Khumar Rambharose vs. Parts Authority, LLC, et al., Case No. 25-cv-10643

Dear Judge Figueredo:

As counsel for the Parts Authority Defendants, we write on behalf of all parties (Named Plaintiff, opt-in Plaintiffs, and all co-defendants) to provide a status update pursuant to the Court's August 11, 2026 Order (ECF Dkt. No. 55). A second mediation session with co-defendants only was held on August 11, 2026, followed by a third full-day mediation session with all parties on September 1, 2026. The parties have scheduled a fourth full-day mediation session for September 16, 2026. Accordingly, the parties respectfully request an extension to September 30, 2026, of the stay of all deadlines and discovery pending completion of the class mediation. This is the parties' third request for an extension of this deadline.

Thank you for your time and continued attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

*s/ Jeffrey W. Brecher*
JEFFREY W. BRECHER

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 10, 2026**

The extension request is GRANTED. The parties are directed to provide a status update on **September 30, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 57.